IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

MARK NEAL                                                                                        PLAINTIFF

v.                                        Case No. 1:19-cv-1032

MATT BROOKS, Individually
and in his Official Capacity as an
Officer for the City of Crossett, and
JOHN DOES 1-2                                                                              DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendant, Officer Matt Brooks.  ECF No. 21.  Plaintiff has filed a response.  ECF No. 28.  Officer Brooks has filed a reply.  ECF No. 31.  The motion is ripe for the Court's consideration.

For the reasons discussed in the Memorandum Opinion of even date, the Court finds that the Motion for Summary Judgment (ECF No. 21) should be and hereby is **GRANTED**.  Plaintiff's federal claims are **DISMISSED WITH PREJUDICE**.  Any remaining state law claims are **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 17th day of March, 2020.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge